UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>FARZAD DARUI, )<br>)<br>Defendant. )<br>) | Misc. Nos. 07-mc-386 (RCL)<br>07-mc-387 (RCL) |

FILED
DEC - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Pursuant to the discussion with counsel this date, it is hereby

ORDERED that movant Abdullah Khouj shall produce to this Court for defendant's review no later than December 18, 2007, the following materials:

1.  The agreement entered into on or about 2004 between Khouj and The Islamic Center with Farzad Darui and Zaal, Inc. and signed by Khouj, regarding services to be provided by Zaal;

2.  Any document reflecting use of a Post Office Box between October 1, 2000 through January 31, 2006;

3.  All W-8BEN filings and/or forms corresponding with any bank account to which movant Khouj was a signatory from October 1, 2000 through January 31, 2006;

4.  All cancelled checks made out to Farzad Darui, Blue Line Travel, Inc., Blue Line Travel, B.L.T., Zaal, Inc., and Zaal to which movant Khouj was a signatory between October 1, 2000 through January 31, 2006. It is further

ORDERED that movant Khouj shall provide this Court with 3 copies of the produced

materials. It is further

ORDERED that movant Islamic Center shall produce to this Court for *ex parte, in camera* review no later than December 18, 2007, the following materials:

1. Names of all persons employed by The Islamic Center from October 1, 2000 through January 31, 2006;

2. All pay stubs, time cards, W-4 forms, employee files and records of payment of tax withholdings for all employees described in #1, above;

3. All newsletters and bulletins from The Islamic Center from October 1, 2000 through December 31, 2003;

4. All printing receipts, payments records, and typesetting receipts for all newsletters and bulletins from The Islamic Center from October 1, 2000 through December 31, 2003;

5. All contracts and/or agreements with vendors, independent contractors, and service providers of The Islamic Center between October 1, 2000 through January 31, 2006, including, but not limited to, all facility maintenance and/or improvement vendors;

6. All monthly and year-end income and expense statements of The Islamic Center from October 1, 2000 through January 31, 2006;

7. All accounting and financial audits of The Islamic Center performed between October 1, 2000 and January 31, 2006 including, but not limited to, all audits performed by Hausler & Associates.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 5, 2007.